### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR368** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JEREMY C. CONN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's Motion to Extend the Time for Filing the Answer to Defendant's Motion Pursuant to Section 2255. (Filing No. 79). The motion will be granted.

IT IS ORDERED:

1. That by June 9, 2006, the United States shall answer or otherwise respond to the defendant's § 2255 motion, and shall file an accompanying brief; and

2. That by July 9, 2006, the defendant may file a reply brief.

DATED this 31st day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge