# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) | **CASE NO. 8:03CR368** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JEREMY C. CONN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's reply to the government's answer to defendant's § 2255 motion, and the defendant's affidavit. (Filing No. 88). The reply brief and affidavit are provisionally accepted for filing on the condition that the defendant provide the court with the original signed copy of the affidavit by August 7, 2006.

IT IS SO ORDERED.

DATED this 5th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge