## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR368** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **JEREMY C. CONN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date:

IT IS ORDERED:

1. That defendant's § 2255 motion (Filing No. 69) is denied;

2. That defendant's motion to extend time to respond to United States' Answer (Filing No. 80) is denied as moot; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge